**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL SMART,

    Plaintiff,

v.                                                      Case No: 5:21-cv-153-JSM-PRL

THE HOME DEPOT, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal without Prejudice (Dkt. 31). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of June, 2021.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record